UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322

Attorneys for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1

In Re:
Rickey R. Grablow aka Rickey R. Grablow, Sr
Cathy M Grablow

Debtor(s).

Case No: <u>23-18122 ABA</u>

Chapter: <u>13</u>

Judge: <u>Andrew B. Altenburg Jr.</u>

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 01/07/2025

/s/ *Denise Carlon*
Denise Carlon
**Denise Carlon, Esq.**
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627-1322
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: 1498f87862a2cac6704340b45285d0a7ee884cd64bee7c1fb45826fb55ba7cad