Printed on: 12/31/2025 
ANDREW B. FINBERG [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 23-18122 (ABA)**

Monthly Payment: $855.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Rickey R. Grablow and Cathy M. Grablow
463 Debbie Lane
Millville, NJ 08332-4746

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2025 | $822.00 | 03/04/2025 | $822.00 | 04/01/2025 | $860.00 | 05/19/2025 | $427.50 |
| 05/22/2025 | $-427.50 | 05/30/2025 | $855.00 | 06/30/2025 | $855.00 | 08/01/2025 | $855.00 |
| 08/29/2025 | $855.00 | 10/01/2025 | $855.00 | 10/31/2025 | $855.00 | 12/01/2025 | $855.00 |
| 12/31/2025 | $855.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RICKEY R. GRABLOW | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ERIC J. CLAYMAN, ESQUIRE | 13 | $4,563.00 | $4,563.00 | $0.00 | $4,563.00 |
| 1 | AFFIRM, INC. | 33 | $169.01 | $0.00 | $169.01 | $0.00 |
| 2 | ALLY FINANCIAL | 24 | $58.44 | $58.44 | $0.00 | $30.55 |
| 3 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,176.86 | $75.41 | $1,101.45 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $163.67 | $0.00 | $163.67 | $0.00 |
| 5 | CKS PRIME INVESTMENTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CLAYMAN LAW LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | COMENITY CAPITAL/HSN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $870.75 | $42.55 | $828.20 | $0.00 |
| 9 | COMENITYCAPITAL/BOSC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $650.57 | $41.69 | $608.88 | $0.00 |
| 11 | ERIC SCOTT KERSHENBLATT, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $9,723.95 | $623.04 | $9,100.91 | $0.00 |
| 13 | MARINER FINANCE, LLC | 33 | $11,753.80 | $753.10 | $11,000.70 | $0.00 |
| 14 | MERRICK BANK | 33 | $1,971.25 | $126.30 | $1,844.95 | $0.00 |
| 15 | MISSION LANE TAB BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $4,512.44 | $4,512.44 | $0.00 | $2,360.01 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $13,423.08 | $860.06 | $12,563.02 | $0.00 |
| 18 | AFFIRM, INC. | 33 | $220.19 | $0.00 | $220.19 | $0.00 |
| 19 | LVNV FUNDING, LLC | 33 | $4,065.11 | $260.46 | $3,804.65 | $0.00 |
| 20 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SOUTH JERSEY GAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,145.86 | $201.57 | $2,944.29 | $0.00 |
| 23 | QUANTUM3 GROUP, LLC | 33 | $283.18 | $18.14 | $265.04 | $0.00 |
| 24 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | CATHY M GRABLOW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | ERIC J CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SELECT PORTFOLIO SERVICING, INC. | 24 | $4,586.79 | $4,586.79 | $0.00 | $2,398.88 |
| 29 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ATLANTIC CITY ELECTRIC COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | PENNY MAC MORTGAGE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SELECT PORTFOLIO SERVICING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SOUTH JERSEY GAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | AFFIRM, INC. | 33 | $995.12 | $63.76 | $931.36 | $0.00 |
| 36 | AFFIRM, INC. | 33 | $51.06 | $0.00 | $51.06 | $0.00 |
| 37 | AFFIRM, INC. | 33 | $543.42 | $34.82 | $508.60 | $0.00 |
| 38 | AFFIRM, INC. | 33 | $434.66 | $21.25 | $413.41 | $0.00 |
| 39 | MERRICK BANK | 33 | $687.63 | $44.06 | $643.57 | $0.00 |
| 40 | TD BANK USA, N.A. | 33 | $271.71 | $17.41 | $254.30 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2023 | 17.00 | $0.00 |
| 03/01/2025 | Paid to Date | $12,842.00 |
| 04/01/2025 | 42.00 | $855.00 |
| 10/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,344.00 |
| Total paid to creditors this period: | $9,352.44 |
| Undistributed Funds on Hand: | $1,597.55 |
| Arrearages: | ($5.00) |
| Attorney: | ERIC J. CLAYMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**