UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric J Clayman, Esquire
CLAYMAN LAW LLC
1814 EAST ROUTE 70 #350
CHERRY HILL, NJ 08003
856 777 5877
ERIC@CLAYMAN LAW.COM

Attorney for Debtors

| In Re: | Case No.: | 23 18122 |
|---|---|---|
| Grablow, Rickey R.; Grablow, Cathy M | Judge: | Judge Altenburg |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by _____Ally Capital_____ , creditor,

A hearing has been scheduled for _____08/11/2026_____ , at __11 am__ .

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .

☐ Certification of Default filed by _____ ,

I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____ , but have not been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:
Due to illness, we had to alter our bill paying responsibilities. We will be fine
moving forward. To catch up: Regular plus $1,000 in August and September; that
is, a two month cure.


☐  Other **(explain your answer)**:


3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.


Date: _07/22/2026_____                          _/s/Rickey R. Grablow_____
                                                        Debtor's Signature

Date: _____                           _____
                                                        Debtor's Signature


**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*