UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Ally Capital*

In re:

Ricky R. Grablow
*aka* Rickey R. Grablow, Sr.
Cathy M. Grablow

Debtors.

Chapter: 13

Case No.: 23-18122-ABA

Hearing Date: August 11, 2026

Judge Andrew B. Altenburg Jr.

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Settled/OTBS**.

Matter: **Motion for Relief from the Automatic Stay** (Doc. No. 44).

Dated: August 10, 2026

Stewart Legal Group, P.L.
Attorney for Movant

By: */s/Gavin N. Stewart*
Gavin N. Stewart, Esq.