Order Filed on August 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Ally Capital*

In re:

Ricky R. Grablow
*aka* Rickey R. Grablow, Sr.
Cathy M. Grablow

Debtors.

Chapter: 13

Case No.: 23-18122-ABA

Hearing Date: August 11, 2026

Judge Andrew B. Altenburg Jr.

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 13, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors: Rickey R. Grablow & Cathy M. Grablow
Case No.: 23-18122-ABA
Caption of Order: **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Ally Capital ("Creditor"), whereas the post-petition arrearage amount was $2,305.03 as of August 10, 2026, and whereas Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2019 Hyundai Elantra Sedan 4D SE 2.0L I4; VIN: KMHD74LF1KU774236** provided that the Debtor complies with the following:

   a. Beginning on or before **August 20, 2026** and continuing for three (3) consecutive months on or before the 20th day of each subsequent month, the Debtor shall cure the post-petition arrearage, namely $2,305.03, by **making three (3) monthly payments in the amount of <u>$769.00</u>** directly to Creditor; and

   b. In addition, the Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the August 20, 2026 payment** and continuing thereon per the terms of the underlying Contract.

2. All direct payments due hereunder shall be sent directly to Creditor at the following address: **Ally Bank as servicer on behalf of Citrus Tree Finance LLC, Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618**.

3. The Debtors will be in default under the Consent Order if the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtors fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the vehicle.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $199.00 respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED:**

*/s/ Eric J. Clayman*
Eric J. Clayman, Esq.
Clayman Law LLC
1814 East Route 70, Suite 350
Cherry Hill, NJ 08003
*Counsel for Debtor*

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*