Order Filed on August 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Ally Capital*

In re:

Ricky R. Grablow
*aka* Rickey R. Grablow, Sr.
Cathy M. Grablow

Debtors.

Chapter: 13

Case No.: 23-18122-ABA

Hearing Date: August 11, 2026

Judge Andrew B. Altenburg Jr.

**CONSENT ORDER RESOLVING MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 13, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors: Rickey R. Grablow & Cathy M. Grablow
Case No.: 23-18122-ABA
Caption of Order: **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Ally Capital ("Creditor"), whereas the post-petition arrearage amount was $2,305.03 as of August 10, 2026, and whereas Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2019 Hyundai Elantra Sedan 4D SE 2.0L I4; VIN: KMHD74LF1KU774236** provided that the Debtor complies with the following:

   a. Beginning on or before **August 20, 2026** and continuing for three (3) consecutive months on or before the 20th day of each subsequent month, the Debtor shall cure the post-petition arrearage, namely $2,305.03, by **making three (3) monthly payments in the amount of <u>$769.00</u>** directly to Creditor; and

   b. In addition, the Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the August 20, 2026 payment** and continuing thereon per the terms of the underlying Contract.

2. All direct payments due hereunder shall be sent directly to Creditor at the following address: **Ally Bank as servicer on behalf of Citrus Tree Finance LLC, Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618**.

3. The Debtors will be in default under the Consent Order if the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtors fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the vehicle.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $199.00 respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED:**

*/s/ Eric J. Clayman*
Eric J. Clayman, Esq.
Clayman Law LLC
1814 East Route 70, Suite 350
Cherry Hill, NJ 08003
*Counsel for Debtor*

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-18122-ABA
Rickey R. Grablow Chapter 13
Cathy M Grablow
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Aug 13, 2026 Form ID: pdf903 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Rickey R. Grablow, Cathy M Grablow, 463 Debbie Ln, Millville, NJ 08332-4746 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 cwoerner@raslg.com |
| Courtney R. Shed | on behalf of Creditor Select Portfolio Servicing Inc as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Eric J Clayman | on behalf of Joint Debtor Cathy M Grablow Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Debtor Rickey R. Grablow Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Gavin Stewart | on behalf of Creditor Ally Capital bk@stewartlegalgroup.com |

| | |
|---|---|
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Sherri R. Dicks | on behalf of Creditor Select Portfolio Servicing Inc as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 shrdlaw@outlook.com, shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9