UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

Rickey R. Grablow and Cathy M. Grablow,

Debtor(s)'.

Case No.: 23-18122

Chapter: 13

Hearing Date: 9/18/26 @ 9AM

Judge: Andrew B. Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Please withdraw the Trustee's Motion to Dismiss filed August 28, 2026 (doc #50) as the executed Stipulation has been received, resolving the feasibility issue in this case.

Date: September 8, 2026

/s/ Andrew B. Finberg
Signature