UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

**IN RE:** **CASE NO.: 23-18122**
**CHAPTER 13**

**Rickey R. Grablow,**
**Debtor.**

**Cathy M Grablow,**
**Joint Debtor.**

___________________________________/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Vincent Aprile
Vincent Aprile
Email: vaprile@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RICKEY R. GRABLOW
463 DEBBIE LN
MILLVILLE, NJ 08332

CATHY M GRABLOW
463 DEBBIE LN
MILLVILLE, NJ 08332

And via electronic mail to:

ERIC J CLAYMAN
CLAYMAN LAW LLC
1814 EAST ROUTE 70
SUITE 350
CHERRY HILL, NJ 08003

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38
SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Long-Giang Nguyen